IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

| | |
|---|---|
| FREDERICK LEE as ADMINISTRATOR OF THE ESTATE OF TERRY LEE, DECEASED, | * * * * |
| Plaintiff, | * |
| vs. | *   No. 2:10cv0097 SWW |
| | * * |
| CAPTAIN CARL E. VANN, SR.; SERGEANT MIGUEL B. CASAREZ; OFFICER TUNDRY R. WALLACE; and SERGEANT MARLENE KALB, | * * * * * |
| Defendants. | * |

## ORDER

Without objection, the motions [doc.#'s 2 and 5] of separate defendants Sergeant Miguel B. Casarez, Officer Tundry R. Wallace, and Sergeant Marlene Kalb for an extension of until and including September 13, 2010, in which to file a responsive pleading to plaintiff's complaint is hereby granted.

IT IS SO ORDERED this 24th day of August 2010.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE