IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

| | | |
|---|---|---|
| FREDERICK LEE as ADMINISTRATOR OF THE ESTATE OF TERRY LEE, DECEASED, | * * * * | |
| Plaintiff, | * | |
| vs. | * * * | No. 2:10cv0097 SWW |
| CAPTAIN CARL E. VANN, SR.; SERGEANT MIGUEL B. CASAREZ; OFFICER TUNDRY R. WALLACE; and SERGEANT MARLENE KALB, | * * * * | |
| Defendants. | * | |

ORDER

The joint motion [doc.#18] of the parties to dismiss with prejudice pursuant to settlement is hereby granted.

IT IS SO ORDERED this 28th day of February 2011.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE